# Exhibit A

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,682,820

United States Patent and Trademark Office

Registered Apr. 14, 1992

# TRADEMARK
## PRINCIPAL REGISTER



WINSFORD CORPORATION (CALIFORNIA CORPORATION)
1800 CENTURY PARK EAST, SUITE 820
LOS ANGELES, CA 90067

FOR: LUGGAGE CARTS, IN CLASS 12 (U.S. CL. 19).
FIRST USE 9-0-1983; IN COMMERCE 9-0-1983.

THE STIPPLING ON THE DRAWING IS FOR SHADING PURPOSES ONLY.

SEC. 2(F).

SER. NO. 73-794,945, FILED 4-20-1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

# Exhibit B

# State of California
Secretary of State

## CERTIFICATE OF RENEWAL OF TRADEMARK

*I, DEBRA BOWEN,* Secretary of State of the State of California, hereby certify

| | |
|---|---|
| Trademark Reg. No.: | 90138 |
| Renewal No.: | 18946 |
| Name of Registrant: | Forbes Industries, Inc., a division of Winsford Corporation |
| Business Address: | 1933 East Locust Street, Ontario, Ca 91761 |
| State of Incorporation/ Organization: | California |
| Date First Used in California: | January 1985 |
| Date First Used Anywhere: | January 1985 |
| Description of Trademark: | Cage design. Design of birdcage consisting of two intersecting half-circles on an angled slant |
| Description of Goods on which the Trademark is Used: | Luggage carts |
| Class Number(s): | 18 |
| Date of Registration: | July 26, 1989 |
| Term of Registration Extends to and Includes: | July 26, 2014 |

In accordance with the application for renewal filed in this office, the Trademark described above has been duly renewed.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 1st day of April 2009

THE GREAT SEAL OF THE STATE OF CALIFORNIA
EUREKA

DEBRA BOWEN
Secretary of State

NP 25 (REV 1/2007)

A COPY, SPECIMEN, FACSIMILE, COUNTERPART OR
REPRODUCTION OF TRADEMARK REG. NO. 080138

FORBES™

™

Birdcage™
Cart

# Exhibit C

Arent Fox

Arent Fox LLP / Attorneys at Law
Los Angeles, CA / New York, NY / San Francisco, CA / Washington, DC
www.arentfox.com

February 23, 2015

**John Carson**
Senior Attorney
213.443.7611 DIRECT
213.629.7401 FAX
john.carson@arentfox.com

**Reference Number**
**036230.00000**

***VIA FEDERAL EXPRESS***

Mr. Luca Lucarelli
President
La Bottega USA
264 W. 40th Street, Suite 201
New York, New York 10018

Mr. Timothy Kersley
President
La Bottega Lifestyle - La Bottega USA
264 W. 40th Street, Suite 201
New York, New York 10018

**Re: Trademark Infringement of Winsford' Cart Design Trademark**

Dear Mr. Lucarelli and Mr. Kersley:

We represent the Winsford Corporation and its subsidiary, Forbes Industries, Inc., (collectively, "Winsford") in connection with matters pertaining to intellectual property and litigation. It has come to our attention that you and your company are selling and offering to sell luggage carts in a manner which is likely to cause considerable confusion in the marketplace in relation to the goods of our client.

Specifically, we have been informed that your company is selling multiple luggage carts (Model Nos. LBA190004, LBA19001, and LBAEMP325) that employ a design which is confusingly similar to our client's federally registered design mark, which it has used in connection with luggage carts since at least 1983. A copy of U.S. Reg. No. 1,682,820 is enclosed for your convenience as **Exhibit A**, and screenshots from your "Lobby & Lounge" catalog are enclosed as **Exhibit B**. Due to Winsford's widespread and extensive use of its mark, consumers recognize it as a distinctive symbol of our client's goodwill. Winsford also has other registrations for this design, and has over the years stopped a number of companies from copying its cart design.

Such activities, if allowed to continue, are likely to confuse consumers into falsely believing that your company and its products are affiliated with, sponsored or endorsed by, or otherwise related to Winsford and its luggage carts, and would result in the destruction of trademark rights and harm to Winsford's goodwill, in violation of the Federal Lanham Act and state trademark laws. The public would very likely believe that Winsford is connected with your product through your use of a design that is confusingly similar to Winsford's registered design mark.

AFDOCS/11767383.1

There are various laws relating to the remedies available to Winsford in such matters as this, including Section 35 of the Lanham Act relating to trademark infringement, which reads, in part, as follows:

> When violation of any right of the registrant of a mark in the Patent Office shall have been established in any civil action arising under this Act, the plaintiff shall be entitled, subject to the provisions of sections 29 and 32 and subject to the principles of equity, to recover (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action. The court shall assess such profits and damages or cause the same to be assessed under its direction. In assessing profits plaintiff shall be required to prove defendant's sales only; defendant must prove all elements of costs or deductions claimed. In assessing the damages the court may enter judgment, according to the circumstances of the case, for any sum above the amounts found as actual damages, not exceeding three times such amount.

In addition, the states also have laws relating to counterfeiting, unfair competition, false advertising and passing off of the goods of another as those of your own. The injured party, as well as various state and city attorneys, may bring such actions. As a result, our client would be entitled to an injunction, damages, your profits, and the costs of any litigation as a result of these infringing activities. In addition, courts may also treble the damages.

We are informing you of these matters so that potential problems between the two companies can be avoided. We are at this time willing to assume that your company's use of a confusing cart design similar to Winsford's registered design mark was a good faith mistake. However, please be assured that any infringement of Winsford's trademark by your company cannot be tolerated. Please confirm by no later than **March 5, 2015**, that such use will be immediately terminated. Otherwise, other remedies will be pursued.

Very truly yours,

John Carson

Enclosures

cc: The Winsford Corporation

AFDOCS/11767383.1

Arent Fox

La Bottega USA
February 23, 2015
Page 5

LOBBY & LOUNGE - Trolley





AFDOCS/11767383.1

**Exhibit A**

**Int. Cl.: 12**

**Prior U.S. Cl.: 19**

**Reg. No. 1,682,820**

**United States Patent and Trademark Office** Registered Apr. 14, 1992

**TRADEMARK**
**PRINCIPAL REGISTER**



WINSFORD CORPORATION (CALIFORNIA CORPORATION)
1900 CENTURY PARK EAST, SUITE 820
LOS ANGELES, CA 90067

FOR: LUGGAGE CARTS, IN CLASS 12 (U.S. CL. 19).
FIRST USE 9-0-1983; IN COMMERCE 9-0-1983.

THE STIPPLING ON THE DRAWING IS FOR SHADING PURPOSES ONLY.

SEC. 2(f).

SER. NO. 73-794,945, FILED 4-20-1989.

ELLEN A. RUBEL, EXAMINING ATTORNEY

AFDOCS/11767383.1

Arent Fox

La Bottega USA
February 23, 2015
Page 4

**Exhibit B**

LOBBY & LOUNGE - Trolley

code: [illegible]

[illegible] trolley

[illegible] steel

[illegible]

[illegible] plate

[illegible]

[illegible] weight: [illegible]

[illegible] solid rubber wheels, [illegible] shock absorber rubber





AFDOCS/11767383.1

Exhibit C

# Exhibit D

LA BOTTEGA®
DELL'ALBERGO
USA, Inc.

February 27th, 2015

Mr. John Carson
Senior Attorney
Arent Fox
555 West Fifth Street, 48th floor
Los Angeles, CA 90013-1065

Re: Trademark infringement of Winsford Cart Design Trademark

Dear Mr. Carson:

We are in receipt of your correspondence dated February 23, 2015 and acknowledge its content.

Thank you very much for bringing this matter to our attention. La Bottega USA has no intention to mislead or confuse consumers into falsely believing that we are in any way affiliated, sponsored or endorsed by or otherwise related to Winsford and it luggage carts.

As you will see from our extensive product catalogue www.labottega.com our business model is predicated upon Italian Design and the supply of luxury items sourced or manufactured specifically for the premium hospitality market.

We have sourced our luggage carts and imported them on an as need be basis, as this is not our principle business, we offer them only as an extension of our service model. Whilst the design may be confusingly similar to the Winsford's registered design mark, these were not designed specifically for La Bottega.

Please accept this correspondence on behalf of La Bottega USA as confirmation of our intention not to mislead or confuse consumers. We intend to remove the carts from our collateral material and catalogue accordingly.

Sincerely,

Tim Kersley
La Bottega USA.

264 West 40th Street, Suite 201 New York, NY 10018
Phone 646-775-2786 Fax 516-977-1561

Exhibit D

# Exhibit E

# STUDIO



# LA BOTTEGA MANIFESTO

La Bottega is about story telling. La Bottega is a creative laboratory, constantly experimenting and looking for product innovation through new materials, shapes and new fragrance trends. La Bottega is a workshop of ideas and technological achievement. La Bottega is about living an adventurous life: a group of passionate creators, constantly challenging themselves to push boundaries beyond the normal and expected. La Bottega is a commitment to doing what the others cannot. La Bottega is the Best Kept secret. Our very unique nature and approach is expressed in every detail of how we interpret a project and develop it with our unmatchable sense of style and design. La Bottega is the fixation on the unique and smallest details, that truly make the end result a one of a kind. La Bottega is a game changer, never accepting the "Status Quo". We love to get thrilled and to transfer our passion for what we create through our projects.

La Bottega is… a matter of style.





LOBBY & LOUNGE
#8



GUESTROOM & DETAILS
#176



WINE & DINE
#60



WEAR & WALK
#260



KEEP IT CLEAN
#86



SPA & BEACH
#280



GIFT & RETAIL
#104



BATHROOM & ACCESSORIES
#312



KIDS & HUGS
#158



LIKE AT HOME
#370

Exhibit E
-27-





Case 5:17-cv-00991-JAK-KK Document 1-1 Filed 05/18/17 Page 18 of 26 Page ID #:32



LUCKY EXPLORERS style and design for sport
#10



EATALY alti cibi eat better, live better
#230



ATELIER
#402



Enjoy
#34



ETRO HOTEL COLLECTION
#272



ARTE & CUOIO MADE IN ITALY
#406



Bread & Boxers
#150



Maison Margiela PARIS
#276



essent'ial
#410



ITTAKESII
#156



EFFEGILAB ITALIA
#282



geelli
#416



Perfoa sensé
#160



arena
#302



ALPHABETICAL INDEX
#422



Trudi
#168



TRY ME
#398

SYMBOL LEGEND

- neutro *neutral*
- personalizzato *customized*
- Code Concept
- resistente all'acqua *water proof*
- ideale come regalo *ideal as gift*
- non manomissibile *non-tamperable*
- E Emporio
- P Promo


essent'ial
essent-ial.com


PALAIS JAMAIS
ETRO
EAU DE TOILETTE



# LaBottega®

FEATURES

# LOBBY & LOUNGE


010 LUCKY EXPLORERS style and design for sport

012 biciclette *bicycles*
015 *basket bike*
015 seggiolino bimbo *child bicycle seat*
015 cavo antifurto *security cable*
015 caschi *helmet*
015 borracce *bike bottles*

**Lobby**

016 zerbini *door mats*
019 carrelli porta abiti/valigie *clothes/luggage trolleys*
021 cover per carrello *cover for trolley*
025 carrelli facchino *porter's trolleys*
027 diffusori per ambiente *home fragrance diffusers*
032 diffusori elettronici per ambiente *electronic home fragrance diffusers*

034 Enjoy

036 diffusore elettronico per ambiente *electronic home fragrance diffuser*
036 flacone ricarica *refill bottle*

**Front desk**

038 ampolla *bulb*
038 vaschetta fragranze *tray fragrances*
038 pasticca lavette *towel tablet*
038 salvietta in capsula PP riciclabile *towel in recycled PP box*
039 salvietta rinfrescante *refreshing towel*
039 igienizzante mani *hand sanitizer*
042 quadri fuso orario *time zone boards*
042 porta depliants *desk brochure racks*
043 libri alla firma *signature books*
044 targhette segnanome *badges*
044 targhette portabadge *badge holder*
044 porta badge *badge folder*
045 campanello da banco *desk bell*
045 poggiachiavi *keyroom desk boxes*
046 portachiavi *key rings*

**Lounge**

050 espositori menù *menu displays*
050 leggio *lectern*
051 post *post*
051 cordone *rope*
052 portagiornali *newspapers racks*
052 bastoni per giornale *newspapers-sticks*
053 cesto portagiornali *magazine holder*
055 posaceneri e gettacarte *ashtrays and litter bins*
058 portaombrelli *umbrella stands*

**Conference Room**

059 stand guardaroba *cloakroom stand*
059 dischetti contromarca *wardrobe checks disks*







LUCKY EXPLORERS

style and design for sport

Hand Made in Italy

masciarelli





Lucky Explorers, società internazionale operante nel settore della commercializzazione ed esclusivista del marchio MASCIARELLI che nasce dalla passione di una famiglia per le due ruote. Palmiro Masciarelli ha iniziato la sua carriera di ciclista giovanissimo, riportando diverse vittorie nelle serie giovanili e nei dilettanti. Fu corridore professionista dal 1976 al 1988 e per 10 anni il fedele gregario di Francesco Moser, vincendo 10 gare nella massima categoria e vestendo 9 volte la maglia azzurra della nazionale Italiana ai Campionati del Mondo. Negli anni in cui ha corso con Moser, è stato il tester di innovazioni e nuovi materiali di biciclette da corsa. Una competenza che non si è fermata con la fine della carriera, perchè dal 1988 ha fondato la cicli masciarelli (negozio di Ciclismo, che da anni vende i migliori marchi di Biciclette da Corsa) con il quale ha avuto la possibilità di testare ogni prodotto e scrutare i pregi e difetti di ognuno di essi. Palmiro è stato dal 1996 al 2002, General Manager del Team Cantina Tollo, diventato poi Acqua e Sapone, che nel 2002, con Mario Cipollini in squadra, hanno vinto il Campionato del Mondo di Zolder. Dal 2004 al 2012, è stato il Team Manager del Team Acqua e Sapone, nel quale vivaio della squadra, ha avuto Stefano Garzelli, Danilo Di Luca, Luca Paolini e il grande Frank Vandebroucke. Masciarelli Bike nasce dall'esperienza di un ciclista, un uomo che ha dato la vita per la strada performandosi per se stessa. Il ciclismo viene tramandato da generazioni in questa famiglia. Infatti, i figli di Palmiro, Simone, Andrea e Francesco, hanno seguito le orme paterne. Tutti e tre hanno corso con squadre professionistiche di grande livello, ottenendo vari risultati in campo internazionale e sono collaboratori e tester dei nuovi telai Masciarelli.

*Lucky Explorers, international society operating in the industry of marketing and exclusive distributor of MASCIARELLI brand that was born from the passion of a family for two wheels. Palmiro Masciarelli began his career as a young rider, bringing several victories in the youth series and semi-professionals. He was a professional rider from 1976 to 1988 and for 10 years the faithful follower of Francesco Moser, winning 10 races in the top category and 9 times wearing the blue shirt of the Italian national team at the World Championships. During the years spent with Moser, he was the tester of innovations and new materials of racing bicycles. A skill that did not stop with the end of his career, because in 1988 he founded Cicli Masciarelli (bicycle store, who has been selling the best brands of racing bicycles); thanks to this, he had a chance to test each product, scrutinizing their strengths and weaknesses. From 1996 to 2002, Palmiro was General Manager of Team Cantina Tollo, which later became Acqua e Sapone. In 2002, with Mario Cipollini in the team, they won the World Championship at Zolder. From 2004 to 2012, he was the Team Manager of Acqua e Sapone: its nursery team included Stefano Garzelli, Danilo Di Luca, Luca Paolini and the great Frank Vandebroucke. A cyclist, a man who gave his life on the road adapting for herself, created Masciarelli Bike. The passion for cycling is passed on from generation to generation in this family. In fact, Palmiro's sons Simone, Andrea and Francesco, have followed their father's footsteps. All three sons have raced with professional teams of high level, achieving different results in the international arena and now are collaborators and testers of the new frames Masciarelli.*



**code: BIKE0010**

**articolo *item:*** City Trekking Unisex

**materiali *materials:*** acciaio *steel*

**personalizzazione *customization:*** bike configurator: link "LaBottega - LuckyExplorers Custom Bikes"

**dettagli *details:*** telaio 42, cambio 6 v, ruota 28", forcella rigida, luce anteriore, portapacchi con luce posteriore completo di pompetta, campanello
*frame size 42, 6 speeds, 28" wheel, rigid fork, front light, carrier rack with rear light, including pump, bike bell*




**code: BIKE0012**

**articolo *item:*** MTB 26 ECO

**materiali *materials:*** alluminio *alluminium*

**personalizzazione *customization:*** bike configurator: link "LaBottega - LuckyExplorers Custom Bikes"

**dettagli *details:*** telaio 36/40/44, cambio 21 v, ruota 26", forcella a sospensione, luce anteriore e posteriore, campanello, portaborraccia
*frame size 36/40/44, 21 speeds, 26" wheel, suspension fork, front and rear light, bike bell, water bottle cage*



LOBBY & LOUNGE - LUCKY EXPLORERS style and design for sport




**code: BIKE0016**

**articolo *item:*** Binario Cruiser Unisex

**materiali *materials:*** alluminio *alluminium*

**personalizzazione *customization:*** bike configurator: link "LaBottega - LuckyExplorers Custom Bikes"

**dettagli *details:*** telaio 42/44, cambio 6 v, ruota 28", forcella rigida, luce anteriore,
portapacchi con luce posteriore completo di pompetta, campanello, portaborraccia
*frame size 42/44, 6 speeds, 28" wheel, rigid fork, front light,
carrier rack with rear light, including pump, bike bell, water bottle cage*




**code: BIKE0014**

**articolo *item:*** MTB 275

**materiali *materials:*** alluminio 7005 DB *alluminium*

**personalizzazione *customization:*** bike configurator: link "LaBottega - LuckyExplorers Custom Bikes"

**dettagli *details:*** telaio 38/43/49, cambio 24 v, ruota 27,5", forcella a sospensione, luce anteriore e posteriore, campanello, portaborraccia
*frame size 38/43/49, 24 speeds, 27,5" wheel, suspension fork, front and rear light, bike bell, water bottle cage*










**code: BIKE0018**

**articolo *item:*** LUXE 838 R

**materiali *materials:*** alluminio 7005 TB *alluminium*

**personalizzazione *customization:*** bike configurator: link "LaBottega - LuckyExplorers Custom Bikes"

**dettagli *details:*** telaio 38/43/49, cambio 27 v, ruota 29", forcella rigida, luce anteriore e posteriore, campanello, portaborraccia
*frame size 38/43/49, 27 speeds, 29" wheel, rigid fork, front and rear light, bike bell, water bottle cage*









**code: BIKE0030**

**articolo *item:*** basket bike

**materiali *materials:*** legno *wood*

**dimensioni *dimensions:*** cm 38 x 28 x 18 h *14,96" x 11,02" x 7,08" h*

**personalizzazione *customization:*** colore *colours*



**code: BIKE0032**

**articolo *item:*** seggiolino bimbo *child bicycle seat*

**dimensioni *dimensions:*** cm 34 x 35 x 73 h *13,38" x 13,77" x 28,74"*

**dettagli *details:*** schienale ergonomico, imbottitura traspirante e lavabile, poggiapiedi regolabili, poggiamani e braccioli, cinture regolabili con sgancio rapido, omologazione: GS-TUV-norme di sicurezza & EN14344, età di utilizzo: fino a 7 anni e fino a 22 kg
*ergonomic back, breathable and washable padding, adjustable footrest, hand rails and armrests, adjustable straps with quick release, approval: GS-TUV-safety standards & EN14344, age of use : up to 7 years and up to 22 kg*



**code: BIKE0034**

**articolo *item:*** cavo antifurto *security cable*

**materiali *materials:*** acciaio, nylon *steel, nylon*

**dimensioni *dimensions:***
cm Ø 1,2 x 120 *Ø 0,47" x 47,24"*

**dettagli *details:*** completo di supporto
*with carrier bracket*



**code: BIKE0036-BIKE0038**

**articolo *item:*** casco *helmet*

**materiali *materials:***
policarbonato, poliuretano espanso
*polycarbonate, polyurethane foam*

**personalizzazione *customization:***
stampa digitale *digital printing*

**dettagli *details:***
**BIKE0036** - unisex (58-61 cm) *unisex (22,83"-24")*
**BIKE0038** - bimbo (48-52 cm) *kid (18,89"-20,47")*




**code: BIKE0050**

**articolo *item:*** borraccia *bike bottles*

**materiali *materials:*** PE atossico per alimenti
*PE non-toxic for food*

**personalizzazione *customization:***
stampa digitale *digital printing*

**dettagli *details:*** 500 ml, apertura a scatto
*16,90 fl.oz, snap opening*





Exhibit E
-32-







**code: LBA783**

articolo ***item:*** zerbino *door mat*

materiali ***materials:*** cocco naturale *natural coconut*

colori ***colours:*** 1) cocco *natural* 2) marrone *brown* 3) verde *green* 4) rosso *red* 5) grigio chiaro *light gray* 6) grigio antracite *dark gray* 7) bianco *white* 8) blu *blue* 9) cognac *cognac* 10) nero *black* 11) ocra *ochre*

dimensioni ***dimensions:*** a richiesta *on demand*

personalizzazione ***customization:*** intarsio *inlay*

dettagli ***details:*** da appoggio o da incasso, spessore 17 mm *bearing or embedding, 0,66" thickness*

opzioni ***options:*** LBA782 - neutro *neutral*







**code: LBA784-LBA78402**

articolo ***item:*** zerbino *door mat*

materiali ***materials:*** ricciolo vinilico PVC *PVC loop*

colori ***colours:*** 1) bianco *white* 2) cocco *natural* 3) marrone *brown* 4) arancio *orange* 5) giallo *yellow* 6) rosa *pink* 7) rosso *red* 8) viola *violet* 9) blu *blue* 10) cielo *light blue* 11) verde inglese *dark green* 12) verde prato *green* 13) grigio antracite *dark grey* 14) grigio chiaro *light grey* 15) nero *black*

dimensioni ***dimensions:*** a richiesta, spessore 16 mm *on demand, thickness 0,62"*

personalizzazione ***customization:*** intarsio *inlay* LBA784 - con scritta *with lettering;* LBA78402 - con logo *with logo*

dettagli ***details:*** da appoggio, antiscivolo *bearing, anti-slip*

Exhibit E
-33-

LOBBY & LOUNGE - Door mats




**code: LBA78620**

articolo ***item:*** zerbino *door mat*

materiali ***materials:*** nylon

dimensioni ***dimensions:*** a richiesta *on demand*

personalizzazione ***customization:*** stampa ink jet *ink jet printing*

dettagli ***details:*** profili in gomma *rubber frame*







**code: LBAEMP325**

articolo ***item:*** carrello porta abiti/valigie *clothes/luggage trolley* E

materiali ***materials:*** alluminio *aluminium*

finiture ***finish:*** rame martellato, moquette nera *grained copper, black carpet*

dimensioni ***dimensions:*** cm 55 x 95 x 180 h *21,65" x 37,4" x 70,86" h*

peso ***weight:*** 27,2 kg *59,96 lb*

dettagli ***details:*** ruote piene, gomma perimetrale antiurto *solid rubber wheels, surrounding shock absorber rubber*

opzioni ***options:*** LBA1900135 - cover in TNT per carrello *non-woven cover for trolley*

labottega.com

**code: LBA190004-LBA19001**

articolo ***item:*** carrello porta abiti/valigie *clothes/luggage trolley*

materiali ***materials:*** acciaio *steel*

finiture ***finish:*** **LBA190004** - cromato, moquette grigia *chromed, grey carpet*
**LBA19001** - dorato, moquette bordeaux *gilt, burgundy carpet*

personalizzazione ***customization:*** **SEG160 ... SEG17104** - lettere adesive *adhesive letters*
**LBA1900130** - targhetta plexi *plexi plate*

dimensioni ***dimensions:*** cm 55 x 95 x 190 h *22" x 37,5" x 75" h*

peso ***weight:*** 34 kg *75 lb*

dettagli ***details:*** ruote piene, gomma perimetrale antiurto *solid rubber wheels, surrounding shock absorber rubber*

opzioni ***options:*** **LBA1900135** - cover in TNT per carrello *non-woven cover for trolley*



Exhibit E
-35-



LOBBY & LOUNGE - Trolleys




**code: LBA1900135**

articolo ***item:*** cover per carrello *cover for trolley*

materiali ***materials:*** TNT *non-woven*

colori ***colours:*** grigio, grigio chiaro, beige *gray, light gray, beige*

personalizzazione ***customization:*** stampa serigrafica *serigraphy printing*

dettagli ***details:*** chiusura zip, adatta per carrelli: **LBAEMP325 / LBA190004 / LBA19001** *zip closer, suitable for trolley:* **LBAEMP325 / LBA190004 / LBA19001**